United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISABEL ADAMS,

        Plaintiff,

   v.

FORD MOTOR COMPANY,

        Defendant.

Case No. 21-cv-05136-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 17

     Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 6, 2021

WILLIAM H. ORRICK
United States District Judge